Case 1:22-mj-03103-JG   Document 1   Entered on FLSD Docket 06...   FILED BY ___mml___ D.C.
Jun 24, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

22-mj-03103-Goodman



**U.S. Department of Justice**

United States Attorney
Southern District of Florida

Michael Gilfarb, AUSA
United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132-2111
Tel. (305) 961-9015

June 21, 2022

Emmanuel Antonio
121 N. Compass Way
Apt. 821
Dania, FL 33004

Mr. Antonio:

    This letter is to notify you that you are a target of a federal grand jury investigation in the Southern District of Florida involving possible violations of federal criminal law. This investigation involves, but is not limited to, offenses relating to health care fraud.

    If you have retained counsel, please have him or her contact me regarding this matter. If you have not, I urge you to do so, and to ask your attorney to contact me regarding this matter.

    If you are unable to afford counsel, you may, under certain circumstances, be entitled to court-appointed counsel at no cost. If this is the case, I encourage you to contact me at the telephone number above for the limited purpose of arranging a hearing before a judicial officer to inquire into your eligibility to have counsel appointed at no cost to you.

Sincerely,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
Michael Gilfarb
Assistant United States Attorney